# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDREA DERKS FAGAN, *et al.*,

        Plaintiffs,

vs.

LAWRENCE NATHAN ASSOCIATES, INC.,

        Defendant.

Case No. 2:13-cv-01748-RCJ-CWH

**ORDER**

    This matter is before the Court on Plaintiffs' Motions to Efile (# 4 and 5), both filed on October 10, 2013.

    Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Plaintiffs request that the court allow them to use the Court's CM/ECF system in order to file, access, and electronically serve documents in this case. Plaintiff George D. Fagan represents that he is an attorney licensed and in good standing to practice before the United States District Courts of Louisiana for the Eastern, Middle, and Western Districts and the Fifth Circuit Court of Appeals. He also represents that he is familiar with CM/ECF based on his utilization of it in the aforementioned jurisdiction. The Court finds that good cause exists to grant Plaintiffs access to CM/ECF. However, both Plaintiff Andrea Derks Fagan and Plaintiff George D. Fagan must complete the training and establish individual accounts. At this time, Plaintiff George D. Fagan is not authorized to file electronically on behalf of Plaintiff Andrea Derks Fagan given that she is pro se.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motions to Efile (# 4 and 5) are **granted with the above noted modification**. Both Plaintiffs must comply with the following procedures in

order to activate their individual CM/ECF accounts:

    a.    On or before **Friday, November 15, 2013**, Plaintiffs shall provide certification that they have completed the CM/ECF tutorial and are familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiffs are not authorized to file electronically until said certification is filed with the Court within the time frame specified.

    c.    Upon timely filing of the certification, Plaintiffs shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up their CM/ECF accounts.

DATED this 16th day of October, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**