**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA DERKS FAGAN, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:13-cv-01748-RFB-CWH |
| vs. | ) **ORDER** |
| LAWRENCE NATHAN ASSOCIATES, INC., | ) |
| Defendant. | ) |

### BACKGROUND

On December 18, 2015, the Court entered an order setting a telephonic status hearing for January 7, 2016 to discuss the status of this action with the parties. See Doc. # 29. Defendant failed to appear before the Court at the hearing held on January 7th. See Doc. # 31. Thus, the Court now directs defendant to show cause why it should not be sanctioned for failing to comply with this Court's order.

Accordingly, **IT IS HEREBY ORDERED** that defendant shall **show cause in writing** why it should not be sanctioned pursuant to, inter alia, the Court's inherent authority, LR IA 4-1, and Fed. R. Civ. P. 16(f), for its failure to comply with this Court's order (doc. # 29). The show cause brief shall be filed by **Thursday, January 28, 2016**.

**IT IS FURTHER ORDERED** that the parties shall appear before this Court on **Thursday, February 4, 2016 at 10:00 a.m.** in Courtroom 3C, Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, wherein defendant shall show cause why the Court should not impose sanctions pursuant to, inter alia, the Court's inherent authority LR IA 4-1, and Fed. R. Civ. P.

1 | 16(f), for failing to comply with the Court's order (doc. # 29).

**IT IS FURTHER ORDERED THAT, ABSENT A COURT ORDER, THE FAILURE TO FILE A SHOW CAUSE BRIEF AND/OR TO APPEAR AT THE FEBRUARY 4, 2016 SHOW CAUSE HEARING WILL RESULT IN SANCTIONS.**

DATED: January 7, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge