Case 2:13-cv-01748-RFB-CWH Document 33-1 Filed 01/27/16 Page 1 of 1

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
BY:
DEPUTY
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
JAN 28 2016

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – LAS VEGAS

| | | |
|---|---|---|
| **ANDREA DERKS FAGAN AND GEORGE D. FAGAN** | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO. 2:13-cv-01748-RFB-CWH** |
| **LAWRENCE NATHAN ASSOCIATES, INC.** | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the *Ex Parte* Motion submitted by Andrea Derks Fagan and George D. Fagan, Plaintiffs, appearing herein pro se, for leave of Court to appear and participate by telephone in the hearing set at 10:00 a.m. on Thursday, February 4, 2016, in accordance with the Court's January 7, 2016 Order (Doc. 32);

**IT IS ORDERED THAT** Andrea Derks Fagan and George D. Fagan, Plaintiffs, appearing herein pro se, be and hereby are granted leave of Court to appear and participate by telephone in the hearing set at 10:00 a.m. on Thursday, February 4, 2016.

Signed on this 28th day of January, 2016, in Las Vegas, Nevada.

JUDGE

00635 / 427

Plaintiffs Andrea Derks Fagan and George D. Fagan are instructed to call telephone number: (888) 808-6929, access code: 8129639#, 5 minutes prior to the hearing time. The Court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.