UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDREA DERKS FAGAN, et al.<br><br>Plaintiffs,<br>v.<br><br>LAWRENCE NATHNA ASSOCIATES, INC.<br><br>Defendant. | Case No. 2:13-cv-01748-RFB-GWF<br><br>**ORDER** |

This matter arises out of a judgment that Plaintiffs obtained against the Defendant in the United States District Court for the Eastern District of Louisiana. Plaintiffs thereafter enrolled the judgment in this Court, and then have sought to enforce and collect that judgment against the Defendant. The Court has permitted the Plaintiffs to full investigate and explore the enforcement of this judgement in this District for three years.

The Court issued an Order to Show Cause (ECF No. 50) why the action should not be dismissed on January 4, 2018 for failure to further prosecute this matter. Plaintiffs requested an additional 90 days to investigate their claim to determine if anything further needs to be pursued in this District. More than 90 days have elapsed and Plaintiffs have sought no further relief from this Court or filed any additional submissions. The Court finds at this time that there is nothing further that may be pursued in this District for the enforcement of the Plaintiffs' judgment against the Defendant. The Court now orders this case closed. The Plaintiffs may seek to reopen this case if they have good cause to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall close this case.

DATED this 6th day of July, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1